SMITH v. THE DIRECTORS OF THE IND. SCH. DIST. OF KEOKUK.

**Schools:** EXCLUSION ON ACCOUNT OF COLOR. A pupil, otherwise eligible, cannot be excluded from the public schools of this state on account of his color, nor, if colored, can he be compelled to attend a separate school for colored children. Following *Clark v. The Board of Directors, etc.,* 24 Iowa, 266.

*Appeal from Lee Circuit Court.*

FRIDAY, JUNE 11.

THIS is a proceeding for mandamus. The plaintiff avers that he is a boy aged about sixteen years, is of African descent, a citizen of Keokuk, has attended the graded schools there for several years, has passed the examination requisite to entitle him to admission to the high school, and is of good moral character and otherwise entitled to admission there; that the defendants are directors of said school district, and refuse plaintiff admission thereto because of his descent and color. The defendants admit the age, residence, descent,

examination, qualification, moral character and color of the plaintiff as stated, and also their refusal to admit him to the high school; but they deny that such refusal was because of plaintiff's descent or color, and aver that the high school room or building proper was full, and that they had provided for the instruction of the plaintiff and other colored children in all the high school studies and by a competent teacher, in another room or building within the district; that the citizens of the city and district are opposed to mixed schools, and to admit colored pupils with the white would destroy the harmony and impair the usefuluess of the high school. The pleadings are very extended, covering near thirty pages of printed matter, but the foregoing comprehends the substance thereof. The cause was tried to the court, who found the facts and thereon rendered judgment for the plaintiff, and ordered a peremptory mandamus as prayed. The defendants appeal.

*Craig & Collins*, for appellants.

*D. F. Miller, Wm. Edwards* and *John Van Valkenburg*, for appellee.

COLE, J.—The Circuit Court found as a fact, upon the evidence, that the plaintiff was refused permission " to attend the high school on account of his being a boy of African descent, and that if he had been a white boy he would have been permitted to attend said high school and enjoy its benefits." This is the pivotal and the only controverted material fact in the case. The finding of the court, in view of the conflict in the evidence, is conclusive upon us, since the action is triable as an ordinary action, and the finding of the court, in such case, stands as the verdict of a jury. But, in any event, a careful re-reading of the pleadings and evidence has satisfied us that the finding by the court below is well sustained by the records and evidence. This brings the case within the rule settled by this court in *Clark v. The B'd of Directors, etc.*, 24 Iowa, 266, which holds that a pupil may

not be excluded the schools because of his color, or required to attend a separate school for colored children. Following that case, the judgment in this is

AFFIRMED.